CO-386-online
10/03

# United States District Court
# For the District of Columbia

Safari Club International, National Rifle Association of America )
)
)
Plaintiff )
vs )   Civil Action No._____
)
Sally M.R. Jewell, et al. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Safari Club International** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Safari Club International** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

417091
BAR IDENTIFICATION NO.

Anna M. Seidman
Print Name

501 Second St., NE
Address

Washington D.C.   20002
City            State        Zip Code

202-543-8733
Phone Number