AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| Safari Club International, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:15-cv-01026-RCL |
| Sally M.R. Jewell, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Safari Club International

Date:      07/07/2015

*Attorney's signature*

Douglas S. Burdin, Bar No. 434107
*Printed name and bar number*

501 2nd St., NE
Washington D.C. 20002

*Address*

dburdin@safariclub.org
*E-mail address*

(202) 543-8733
*Telephone number*

(202) 543-1205
*FAX number*