AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia 

| | |
|---|---|
| Safari Club International, et al.<br>*Plaintiff*<br>v.<br>Sally M.R. Jewell, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:15-cv-01026-RCL<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Safari Club International

Date: 07/07/2015

*Attorney's signature*

Jeremy E Clare, Bar No. 1015688
*Printed name and bar number*

501 2nd St., NE
Washington, D.C. 20002
*Address*

jclare@safariclub.org
*E-mail address*

(202) 543-8733
*Telephone number*

(202) 543-1205
*FAX number*