**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SALLY M. R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 15-cv-01026 (RCL) |

**PROOF OF SERVICE**

      I, Jeremy Clare, certify that the Complaint and Summons in this case were served pursuant to Federal Rules of Civil Procedure, Rule 4(i) by First Class Mail, Certified, Return Receipt Requested, addressed as follows:

Vincent H. Cohen, Jr.
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20530;

Loretta Lynch
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

Sally M.R. Jewell
U.S. Department of Interior
1849 C Street NW
Washington, DC 20240;

U.S. Department of Interior
1849 C Street NW
Washington, DC 20240;

Daniel Ashe
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240;

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

The attached return receipts indicate that the summons and complaint were delivered to Vincent H. Cohen, Jr. and Loretta Lynch on July 14, 2015; Sally M.R. Jewell and the U.S. Department of Interior on July 10, 2015; and Dan Ashe and the U.S. Fish and Wildlife Service on July 13, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2015                    Respectfully Submitted,

                                        /s/ Jeremy E. Clare
                                        Jeremy E. Clare
                                        D.C. Bar No. 1015688
                                        Safari Club International
                                        501 2nd Street NE
                                        Washington, D.C. 20002
                                        Tel: 202-543-8733
                                        Fax: 202-543-1205
                                        jclare@safariclub.org

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   VINCENT H. COHEN JR.
   U.S. ATTORNEY FOR DC
   U.S. ATTORNEY'S OFFICE
   555 4TH ST. NW
   WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUL 14 2015

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7011 0470 0001 1609 8397

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Loretta Lynch
   U.S. Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent   ☐ Addressee
   JUL 14 2015

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7011 0470 0001 1609 8380

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sally M.R. Jewell
   Department of the Interior
   1849 C Street NW
   Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _McCain_        ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   McCain                         5-10-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7011 0470 0001 1609 8410

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept of Interior
   1849 C St. NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _McCain_        ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   McCain                         7-10-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 1820 0002 2513 8378

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Ashe
Fish and Wildlife Service
1849 C Street NW
Washington D.C.
20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CCU
C. Date of Delivery: 7/13/15

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 0470 0001 1609 8427

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Fish and Wildlife Services
1849 C St. NW
Washington DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CCU
C. Date of Delivery: 7/13/15

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 0470 0001 1609 8403

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540