MICHAEL RAY HARRIS (DC Bar # CO0049)
JENNIFER BARNES (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Rd., Suite 385
Centennial, CO 80112
Telephone: (720) 949-7791
michaelharris@friendsofanimals.org
jenniferbarnes@friendsofanimals.org

*Attorneys for Proposed Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* ) | |
| ) | Case No. 1:15-CV-1026 (RCL) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **MOTION TO** |
| SALLY JEWELL, *et al* ) | **INTERVENE** |
| ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| FRIENDS OF ANIMALS, ) | |
| 777 Post Road, Suite 205 ) | |
| Darien, CT 06820; ) | |
| ZIMBABWE CONSERVATION TASK FORCE, ) | |
| 3 Fairbairn Drive, Mount Pleasant, Harare, ) | |
| Zimbabwe, ) | |
| ) | |
| Proposed Defendant-Intervenors. ) | |

Pursuant to Federal Rule of Civil Procedure 24(a), Friends of Animals and the Zimbabwe Conservation Task Force (collectively "Applicants") move this Court for leave to intervene as of right in the above captioned case. Applicants seek to join this action in order to defend against the joint challenge by the Safari Club International and the National Rifle Association to various decisions of United States Fish and Wildlife Service ("FWS") suspending the issuance of Section 10 permits under the Endangered Species Act to individuals wanting to import into the U.S. sport-hunted African elephants killed in Tanzania and Zimbabwe, Africa. In the alternative, Applicants seek permissive intervention pursuant to Federal Rule of Civil Procedure 24(b).

In this action, the Court will hear the perspective of the United States Government, sport-hunters, and gun enthusiasts. However, no existing party is singularly dedicated to, and works directly on, the conservation of African elephants in the wild. As such, Applicants will bring a unique perspective to this litigation, both with regards to defending the merits of FWS's suspensions, and most importantly, with respect to the possible on-the-ground ramifications of granting the Plaintiffs' requested relief.

Pursuant to Rule 24(a), Applicants are entitled to intervene as a matter of right because: (1) their motion to intervene is timely in that Applicants do not wish to become involved in the pending motion to dismiss (see below) and the parties have not begun briefing on the merits (indeed, no briefing schedule has been set); (2) Applicants and their members have a direct and significant interest in the challenged decisions because they are intended to protect African elephants in countries where Applicants and their members work to promote wildlife conservation; (3) disposition of this case could impair those interests; and (4) none of the existing parties adequately represent Applicants' interests. In the event that Applicants are not granted intervention as of right, Applicants requests permissive intervention. Permissive intervention is warranted because the defenses that

Applicants would assert present questions of law and fact in common with the underlying suit and would respond directly to the Plaintiffs' claims. *See* Fed. R. Civ. P. 24(b).

Pursuant to Local Rule 7(m), counsel for Applicants has conferred with counsel for Plaintiffs and Federal Defendants in this action. The federal government do not oppose this motion. The Plaintiffs take no position on the motion to intervene until after they have had an opportunity to review the full motion to intervene and memorandum in support.

Respectfully submitted this 16th day of August, 2015.

/s/ Michael Harris
Michael Ray Harris (DC Bar # CO0049)
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, Colorado 80112
Telephone: 720-949-7791
michaelharris@friendsofanimals.org

*Attorney for Proposed Intervenors*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing, FRIENDS OF ANIMALS AND ZIMBABWE CONSERVATION TASK FORCE'S MOTION INTERVENE AS DEFENDANTS, was served upon all counsel of record through the ECF system this 16th day of August, 2015.

                                         /s/ Michael Harris
                                         Michael Ray Harris (DC Bar # CO0049)