MICHAEL RAY HARRIS (DC Bar # CO0049)
JENNIFER BARNES (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Rd., Suite 385
Centennial, CO 80112
Telephone: (720) 949-7791
michaelharris@friendsofanimals.org
jenniferbarnes@friendsofanimals.org

*Attorneys for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-CV-01026 (RCL) |
| | ) | |
| SALLY JEWELL, *et al.*, | ) | |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| FRIENDS OF ANIMALS, and the | ) | |
| ZIMBABWE CONSERVATION TASK FORCE, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

**[PROPOSED] ANSWER TO COMPLAINT**

Intervenors, Friends of Animals and Zimbabwe Conservation Task Force, (collectively, "FoA") hereby submit this Answer in response to the Plaintiffs' Second Amended Complaint.

## ANSWER

1.  FoA admits the allegations in this Paragraph, except those in the second sentence, which FoA denies.

2.  This paragraphs characterizes Plaintiffs' legal claims, to which no response is required. To the extent a response is required, FoA denies that this is a meritorious complaint.

3-7.  The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

8.  FoA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, deny the allegations.

9.  The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

10-24.  FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

25-29.  Admit.

30-35.  These allegations purport to interpret various legal documents, which speak for themselves. To the extent a response is required, FoA denies the allegations.

36-38. Admit.

39-41. These allegations purport to interpret various legal documents, which speak for themselves. To the extent a response is required, FoA denies the allegations.

42.  Admit.

43-45. These allegations purport to interpret various legal documents, which speak for themselves. To the extent a response is required, FoA denies the allegations.

46. The allegations contained in this paragraph consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

47. These allegations purport to interpret various legal documents, which speak for themselves. To the extent a response is required, FoA denies the allegations.

48. The allegations contained in this paragraph consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

49-52. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

53-54. These allegations purport to interpret various legal documents, which speak for themselves. To the extent a response is required, FoA denies the allegations.

55-65. Admit.

66. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

67-68. Admit.

69-71. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

71. Admit.

72. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

73. Admit.

74-78. The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

79. FoA admits the first sentence and denies the remaining allegations.

80. Deny.

81. The allegations contained in these paragraphs consist of legal conclusions, which require no response. To the extent a response is required, FoA denies the allegations.

82. FoA lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies the allegations.

83-86. Deny.

87. Admit.

88-125. These paragraphs contain the Plaintiffs' legal theories and claims, which require no response. To the extent a response is required, FoA denies the allegations.

Respectfully submitted this 16th day of August, 2015.

/s/Michael Harris

Michael Ray Harris (DC Bar # CO0049)
Jennifer Bares (DC Bar # CO0056)
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, Colorado 80112
Telephone: 720-949-7791
michaelharris@friendsofanimals.org

jenniferbarnes@friendsofanimals.org

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing ANSWER was served upon all counsel of record through the ECF system this 16th day of August, 2015.

                                        /s/ Michael Harris
                                        Michael Ray Harris (DC Bar # CO0049)