UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al. ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 1:15-cv-01026-RCL |
| ) | |
| v. ) | |
| ) | |
| SALLY M. R. JEWELL, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA'S NOTICE REGARDING FRIENDS OF ANIMALS ET AL.'S MOTION TO INTERVENE**

As required by Order dated July 21, 2015, Plaintiffs Safari Club International and National Rifle Association of America notify the Court and parties that they will <u>not</u> be filing an opposition to the motion to intervene filed by Friends of Animals et al. (Dkt. 16).

Dated this 20th day of August, 2015.

Respectfully submitted,

/s/ Anna M. Seidman

Anna M. Seidman, Esq. (DC Bar No. 417091)
Douglas S. Burdin, Esq. (DC Bar No. 434107)
Jeremy E. Clare, Esq. (DC Bar No. 1015688)
Safari Club International
501 2nd Street, NE
Washington, DC 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff
Safari Club International*

1

Christopher A. Conte (DC Bar No. 43048)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*