AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Safari Club International, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:15-cv-01026-RCL |
| Sally Jewell et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff The National Rifle Association of America

Date:   08/20/2015

/s/ Christopher A. Conte
*Attorney's signature*

Christopher A. Conte DC Bar # 430480
*Printed name and bar number*
11250 Waples Mill Road
Fairfax VA
22030

*Address*

CConte@NRAhq.org
*E-mail address*

(703) 267-1166
*Telephone number*

(703) 267-1164
*FAX number*