**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Safari Club International**, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **S.M.R. Jewell,** in her official capacity as | ) |
| Secretary of the United States Department | ) |
| of Interior, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| **Friends of Animals, Inc.**, et al., | ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |
| | ) |

Civil No. 1:15-cv-01026-RCL

**Notice of Appearance**

Undersigned counsel hereby notifies the Court and all parties that Andrea Gelatt will serve as counsel for Defendants in the captioned case. Ms. Gelatt may be served electronically through the ECF system. Her contact information is below.

Dated: August 27, 2015                JOHN C. CRUDEN
                                      Assistant Attorney General
                                      Environment and Natural Resources Division
                                      SETH M. BARSKY, Chief
                                      KRISTEN L. GUSTAFSON, Assistant Chief

                                      */s/  Andrea Gelatt*
                                      ANDREA GELATT
                                      MEREDITH FLAX, Senior Trial Attorney
                                      (D.C. Bar No. 468016)
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Wildlife & Marine Resources Section
                                      Benjamin Franklin Station, P.O. Box 7611

1

Washington, D.C. 20044-7611
(202) 305-0210 | (202) 305-0275
Andrea.gelatt@usdoj.gov