# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **S.M.R. Jewell,** in her official capacity as ) <br> Secretary of the United States Department ) <br> of Interior, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> **Friends of Animals, Inc.**, et al., ) <br> ) <br> Defendant-Intervenors. ) | Civil No. 1:15-cv-01026-RCL <br><br> **Notice of Appearance** |

Undersigned counsel hereby notifies the Court and all parties that Meredith Flax will serve as co-counsel for Defendants in the captioned case. Ms. Flax may be served electronically through the ECF system. Her contact information is below.

Dated: August 27, 2015

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

 */s/ Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
(Cal. Bar. No. 262617)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

1

Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0404 | (202) 305-0275 (fax)
meredith.flax@usdoj.gov