IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> **Friends of Animals, Inc.**, et al., <br><br> Defendant-Intervenors. | Case No. 1:15-cv-01026-RCL <br><br> **NOTICE OF FILING CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD** |

Defendants S.M.R. Jewell, *et al.*, by their undersigned counsel, hereby file the certified lists of the contents of the administrative records for the U.S. Fish and Wildlife Service's 2015 enhancement finding for Zimbabwe in the above captioned matter. *See* Exhibit 1. Attached as Exhibit 2 is the Declaration of U.S. Fish and Wildlife Service employee Timothy Van Norman certifying the administrative record. Electronic copies of the administrative record have been sent by mail to counsel of record in this case.[1]

Dated: September 15, 2015        Respectfully submitted,

                                JOHN C. CRUDEN,
                                Assistant Attorney General

---

[1] Defendants notified counsel for the other parties on September 11, 2015 that they would not be able to provide two documents containing sensitive information until a confidentiality agreement could be negotiated and a protective order sought from the Court. Defendants anticipate that the parties will be able to negotiate this matter without the assistance of the Court.

        SETH M. BARSKY, Chief
        KRISTEN L. GUSTAFSON, Assistant Chief

        */s/ Meredith L. Flax*
        MEREDITH L. FLAX, Senior Trial Attorney
        (D.C. Bar No. 468016)
        ANDREA GELATT, Trial Attorney
        (Cal. Bar. No. 262617)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Phone: (202) 305-0404
        Fax: (202) 305-0275
        meredith.flax@usdoj.gov

        ***Counsel for Federal Defendants***

<u>Of Counsel</u>:
Holly Wheeler
Russell Husen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.