### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil No. 1:15-cv-01026-RCL |
| | ) |
| v. | ) **Status Report** |
| | ) |
| **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| **Friends of Animals, Inc.**, et al., | ) |
| | ) |
| Defendant-Intervenors. | ) |

Pursuant to the Court's Minute Order of July 21, 2015, the parties hereby provide the following status report:

Plaintiffs recently identified a number of documents and other items that they believe should be included in the administrative record in this litigation. Federal Defendants and Plaintiffs are currently conferring with their clients and with each other to attempt to resolve these record-related issues without involving the Court.

By November 6, 2015, the parties will provide the Court another status report providing either (1) a schedule for resolving motions regarding the contents of the administrative record or a schedule for consolidated summary judgment briefing for the 2014 case, 1:14-cv-670-RCL,

and the instant litigation; or (2) a request for an additional extension so the parties can continue to work to resolve the administrative record issues without involvement of the Court.

Dated: October 22, 2015				JOHN C. CRUDEN
						Assistant Attorney General
						Environment and Natural Resources Division
						SETH M. BARSKY, Chief
						KRISTEN L. GUSTAFSON, Assistant Chief

						*/s/ Andrea Gelatt*
						ANDREA GELATT
						MEREDITH FLAX, Senior Trial Attorney
						(D.C. Bar No. 468016)
						United States Department of Justice
						Environment & Natural Resources Division
						Wildlife & Marine Resources Section
						Benjamin Franklin Station, P.O. Box 7611
						Washington, D.C. 20044-7611
						(202) 305-0210 | (202) 305-0275
						Andrea.gelatt@usdoj.gov
						*Counsel for Federal Defendants*


						*/s/ Douglas Burdin (as authorized)*
						Douglas Burdin
						D.C. Bar No. 434107
						Anna M. Seidman
						D.C. Bar No. 417091
						Jeremy Clare
						D.C. Bar No. 1015688
						501 2nd Street NE
						Washington, D.C.
						Tel: 202-543-8733
						Fax: 202-543-1205
						aseidman@safariclub.org
						dburdin@safariclub.org
						jclare@safariclub.org
						*Counsel for Plaintiff*
						*Safari Club International*


						*/s/ Michael Jean (as authorized)*
						Michael Jean
						Christopher A. Conte
						D.C. Bar No. 43048

        National Rifle Association of America/ILA
        11250 Waples Mill Rd., 5N
        Fairfax, VA 22030
        Telephone: (703) 267-1166
        Facsimile: (703) 267-1164
        mjean@nrahq.org
        cconte@nrahq.org
        *Counsel for Plaintiff*
        *National Rifle Association of America*


        */s/ Michael Harris (as authorized)*
        Michael Ray Harris
        Friends of Animals
        7500 E. Arapahoe Road
        Suite 385
        Centennial, CO 80112
        Phone: (720) 949-7791
        Fax: (888) 236-3303
        michaelharris@friendsofanimals.org
        *Counsel for Defendant-Intervenors*
        *Friends of Animals and Zimbabwe Conservation*
        *Task Force*