IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> **Friends of Animals, Inc.**, et al., <br><br> Defendant-Intervenors. | Case Nos. 1:14-cv-00670-RCL <br>  1:15-cv-01026-RCL <br><br> **JOINT STATUS REPORT** |

The parties hereby notify the Court that Plaintiffs and Federal Defendants have come to agreement on how to resolve all issues relating to the administrative record for the 2015 case, 1:15-cv-01026-RCL. Accordingly, the parties propose the following schedule for consolidated summary judgment briefing for both the 2015 case and the 2014 case, 1:14-cv-00670-RCL, subject to the Court's approval:

| | |
|---|---|
| November 20, 2015 | Federal Defendants will file an amended certified list of the contents of the 2015 administrative record and provide the parties with updated compact discs |
| February 18, 2016 | Plaintiffs will file their Motion for Summary Judgment |

| | |
|---|---|
| March 25, 2016 | Federal Defendants will file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| April 1, 2016 | Defendant-Intervenors will file their combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| April 29, 2016 | Plaintiffs will file their combined Summary Judgment Reply and Opposition to Federal Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment |
| May 20, 2016 | Federal Defendants will file their Summary Judgment Reply |
| May 27, 2016 | Defendant-Intervenors will file their Summary Judgment Reply |
| June 3, 2016 | Plaintiffs will file the Joint Appendix pursuant to LCvR 7(n) |

Dated: November 6, 2015

Respectfully submitted,

JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

  */s/ Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
(Cal. Bar. No. 262617)

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*


   */s/ Douglas Burdin (by permission to M. Flax)*
Anna Seidman
Douglas Burdin
Jeremy Clare
Safari Club International
501 Second Street, NE
Washington, D.C. 20002
Phone: (202) 543-8733
Fax: (202) 543-1205
aseidman@safariclub.org

*Counsel for Plaintiff Safari Club International*

   */s/ Christopher Conte (by permission to M. Flax)*
Christopher Conte
National Rifle Association of America
11250 Waples Mill Road, Floor 5N
Fairfax, VA 22030
Phone: (703) 267-1166
Fax: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff National Rifle Association*


   */s/ Michael Harris (by permission to M. Flax)*
Michael Harris
Friends of Animals
7500 E. Arapahoe Road, Suite 385

Centennial, CO 80112
Phone: (720) 949-7791
michaelharris@friendsofanimals.org

*Counsel for Defendant-Intervenors Friends of Animals and Zimbabwe Conservation Task Force*