IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Safari Club International**, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:15-cv-01026-RCL |
| v. | ) ) |
| **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, | ) **JOIN MOTION TO** ) **APPROVE AMENDED** ) **STIPULATED PROTECTIVE** ) **ORDER** ) |
| Defendants, | ) ) |
| and | ) ) |
| **Friends of Animals, Inc.**, *et al.*, | ) ) |
| Defendant-Intervenors. | ) ) |

The parties hereby move the Court to approve an amended version of the Stipulated Protective Order filed on October 1, 2015 (ECF No. 24) and signed by the Court on October 2, 2015 (ECF No. 25). Since the filing of the Stipulated Protective Order, Plaintiffs and Federal Defendants have been working to resolve issues regarding the administrative record for this case. *See* ECF No. 84 for Case 1:14-cv-00670-RCL. As a result of their discussions, the parties have agreed that four additional documents should be covered by the Stipulated Protective Order. Accordingly, the parties are filing the attached Amended Stipulated Protective Order to cover a total of six documents – the two originally included in the Stipulated Protective Order and four others. The Proposed Amended Stipulated Protective Order differs from the prior order in that paragraphs 1 and 2.5 have been amended to reflect the addition of these documents. For these reasons, and the reasons provided in the Amended Stipulated Protective Order, the parties

respectfully request that the Court approve the Amended Stipulated Protective Order by signing it.

Dated: November 13, 2015                     Respectfully submitted,

JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

    */s/ Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
(Cal. Bar No. 262617)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*


    */s/ Douglas Burdin (by permission to MLF)*
Anna Seidman
Douglas Burdin
Jeremy Clare
Safari Club International
501 Second Street, NE
Washington, D.C. 20002
Phone: (202) 543-8733
Fax: (202) 543-1205
aseidman@safariclub.org

*Counsel for Plaintiff Safari Club International*

  */s/ Christopher Conte (by permission to MLF)*
Christopher Conte
National Rifle Association of America
11250 Waples Mill Road, Floor 5N
Fairfax, VA 22030
Phone: (703) 267-1166
Fax: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff National Rifle Association*

  */s/ Michael Harris (by permission to MLF)*
Michael Harris
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
Phone: (720) 949-7791
michaelharris@friendsofanimals.org

*Counsel for Defendant-Intervenors Friends of Animals and Zimbabwe Conservation Task Force*