IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 15-cv-01026-RCL |
| v. | ) |
| | ) **NOTICE OF FILING** |
| **S.M.R. Jewell,** in her official capacity as | ) **AMENDED CERTIFIED LIST** |
| Secretary of the United States Department of | ) **OF CONTENTS OF** |
| Interior, *et al.*, | ) **ADMINISTRATIVE RECORD** |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| **Friends of Animals, Inc.**, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |

Defendants S.M.R. Jewell, *et al.*, by their undersigned counsel, hereby file an amended certified list of the contents of the administrative record in the above captioned matter. *See* Exhibit 1. The amended certified list of the contents of the administrative record includes a few additional documents that are being added to the administrative record filed on September 15, 2015 (ECF No. 23). The documents are being added in response to discussions with Plaintiffs. Attached as Exhibit 2 is the Declaration of U.S. Fish and Wildlife Service employee Timothy Van Norman certifying the amended administrative record. Electronic copies of the amended administrative record have been sent by electronic mail to counsel for the parties.

Dated: November 20, 2015            Respectfully submitted,

JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

        */s/ Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
ANDREA GELATT, Trial Attorney
(Cal. Bar. No. 262617)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
meredith.flax@usdoj.gov

*Counsel for Federal Defendants*

<u>Of Counsel</u>:
Russell Husen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.