UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SALLY M. R. JEWELL, et al. )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 14-cv-00670-RCL;<br>15-cv-01026-RCL (consolidated) |

**STATEMENT OF MATERIAL FACTS RELATED TO
MOTION FOR SUMMARY JUDGMENT FILED BY
SAFARI CLUB INTERNATIONAL AND
NATIONAL RIFLE ASSOCIATION OF AMERICA**

Pursuant to L.Cv.R 7(h), Plaintiffs Safari Club International and the National Rifle Association of American ("SCI/NRA") submit this statement of material facts as to which SCI/NRA contend there is no genuine issue. Each statement includes references to exhibits to the Motion for Summary Judgement and Memorandum in Support on which SCI/NRA relied to support the statement. Although this is a case in which judicial review of the merits of the claims is based on the administrative record, SCI/NRA have to provide declarations to establish their standing to bring their claims. This Statement addresses only the factual assertions SCI/NRA make in the standing section (Section IV.H) of their Memorandum in Support of Summary Judgment and does not address any factual statements based on the administrative record. Statements regarding factual issues covered by the administrative record in the case are cited in the Factual Background and other sections of the Memorandum in Support. *See* L.Cv.R. 7(h)(1).

SCI/NRA assert that the following material facts are undisputed.

1

1. Numerous SCI/NRA members harvested an elephant in Zimbabwe in 2014 or 2015. Bonander Decl., ¶5, Ex. 1 (harvested elephant in 2015); Cheek Decl., ¶13, Ex. 2 (harvested elephant in 2014); John Cox Decl., ¶4, Ex. 3 (harvested elephant in 2015); Grieb Decl., ¶7, Ex. 4 (harvested elephant on April 7, 2014); Jines Decl., ¶3, Ex. 5 (harvested elephant in 2015); Rhyne Decl., ¶7, Ex. 6 (harvested elephant in early April 2014); Vick Decl., ¶9, Ex. 7 (harvested elephant in April 2014); Whaley Decl., ¶10, Ex. 8 (harvested elephant in early April 2014).

2. Three individuals harvested their elephants within days after the April 4, 2014 ban went into effect. When they left the United States it was legal to import an elephant from Zimbabwe, but it became illegal while they were in the field hunting. Grieb Decl., ¶7, Ex. 4; Rhyne Decl., ¶7, Ex. 6; Whaley Decl., ¶10, Ex. 8.

3. Some of these declarants are spending money to store their elephant parts (*e.g.,* hide, tusks) in the hopes that they will someday be allowed to import them. Bonander Decl., ¶6, Ex. 1; Cheek Decl., ¶13, Ex. 2; Cox Decl., ¶5, Ex. 3; Grieb Decl., ¶12, Ex. 1; Jines Decl., ¶4, Ex. 5; Rhyne Decl., ¶7, Ex. 6; Vick Decl., ¶15, Ex. 7; Whaley Decl., ¶15, Ex. 8; McCallum Decl., ¶15, Ex. 13.

4. Other SCI/NRA members cancelled hunts and some did not book elephant hunts they would have booked but for the importation ban, harming SCI/NRA member outfitters and guides. Konieczny Decl., ¶¶8-9, Ex. 9 (converted elephant hunt to hunt for another species; would like to but will not book elephant hunt); Zulim Decl., ¶¶3-4, Ex. 10 (cancelled 2015 hunt and lost deposit; rebooked for 2016 but will not go if ban in place, will lose deposit); Kopecky Decl., ¶¶5-7, Ex. 11 (cancelled 2014 hunt; did not receive a refund); Capozza Decl., ¶¶10, 19, Ex. 12.

5. Charlton McCallum Safaris, which has provided elephant guiding services to many SCI/NRA members in Zimbabwe, has lost and expects to continue to lose revenue due to the U.S. importation ban.  McCallum Decl., Ex. 13, ¶¶ 6-8, 15 ("Our company's gross sales dropped from $1,430,461.00 in 2013, to $1,289,205 in 2014 to $1,068,999 in 2015. That represents a $361,462 drop in income or 25%.").

6. Charlton McCallum Safaris' ability to conserve elephants and fight poaching has suffered greatly.  *Id.* ¶14 (they "will be unable to fund community projects and the DAPU [anti-poaching] program, at least not at the same levels.").

7. The protection of hunting and sustainable use conservation are germane to SCI's and the NRA's interests.  Goodenow Decl., ¶¶5-8, Ex. 14; Chris Cox Decl. ¶¶3, 5-6, Ex. 15.

Dated:  February 18, 2016.

    Respectfully submitted,

    /s/Anna M. Seidman
    Anna M. Seidman
    D.C. Bar No. 417091
    Douglas Burdin
    D.C. Bar No. 434107
    Jeremy Clare
    D.C. Bar No. 1015688
    501 2nd Street NE
    Washington, D.C.
    Tel: 202-543-8733
    Fax: 202-543-1205
    aseidman@safariclub.org
    dburdin@safariclub.org
    jclare@safariclub.org

    *Counsel for Plaintiff*
    *Safari Club International*

    Christopher A. Conte (DC Bar No. 43048)
    National Rifle Association of America/ILA
    11250 Waples Mill Rd., 5N
    Fairfax, VA 22030

Telephone: (703) 267-1166
Facsimile: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*