UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.      )<br>                                                                  )<br>            Plaintiffs,                                     )<br>                                                                  )<br>v.                                                              )<br>                                                                  )<br>SALLY M. R. JEWELL, et al.                    )<br>                                                                  )<br>            Defendants.                                   )<br>_____ ) | Civ. No. 14-cv-00670-RCL;<br>15-cv-01026-RCL (consolidated) |

**[Proposed] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
FILED BY SAFARI CLUB INTERNATIONAL AND
NATIONAL RIFLE ASSOCIATION OF AMERICA**

Having considered the Plaintiffs' Motion for Summary Judgment, the cross-motions, oppositions, and replies by all the parties, the Court hereby **GRANTS** the Plaintiffs' Motion for Summary Judgment.

It is **ORDERED,** that

Plaintiffs' Motion for Summary Judgment is granted;

The cross-motions for summary judgment filed by the Federal Defendants and Defendant-Intervenors are denied.

Federal Defendants' April 2014, July 2014, and March 2015 "enhancement findings," any Federal Register notices implementing those findings, and any resulting ban on the noncommercial importation of sport-hunted elephants from Zimbabwe after April 4, 2014 are vacated.

Due to the vacatur of the April 2014, July 2014, and March 2015 enhancement findings, and any other Federal Defendants' actions or documents, the 1997 Enhancement Finding for

Zimbabwe and any other document that governed importation noncommercial elephant importation from Zimbabwe prior to April 4, 2014 shall govern importation of sport-hunted elephants from Zimbabwe, at least until such time as the Federal Defendants take action to legally change the status of elephant importation from Zimbabwe.

Dated: _____

**IT IS SO ORDERED**                                            _____

                                                     Royce C. Lamberth
                                                   United States District Judge

cc: Counsel of Record (through ECF)