SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-670 (RCL) <br> Consolidated with Civ. No. 15-cv-1026 (RCL) |

## DECLARATION OF RICHARD ALLEN BONANDER

I, Richard Allen Bonander, being first duly sworn on oath, depose and state as follows:

1. I own and manage Inter-Mountain Pipe & Threading Co. in Casper, Wyoming.

2. I have been a life member of Safari Club International for over 10 years.

3. Initially, I had an elephant hunt booked to occur in Zimbabwe in November 2014. After the U.S. Fish and Wildlife Service imposed an importation ban in 2014, I was able to convince my outfitter to change my hunt to 2015, at a significant cost to me.

4. As a result of rescheduling my hunt, I lost $10,000 as part of a deposit I paid for the 2014 hunt, half of my deposit of $1,350 that I paid for a videographer, and $700 to change my airline tickets.

5. I successfully hunted an elephant in Zimbabwe in March 2015. I have not been able to import my trophy due to the elephant importation ban imposed by the U.S. Fish and Wildlife Service.

6. I am storing my trophy with a taxidermist in Zimbabwe in the event that importation is eventually allowed at some future date. I would like to bring my

trophy parts back home. I have paid for tanning, cleaning and storage of my Elephant tusks and hide.

7. On my two-week hunt, I saw many (hundreds) elephants and no evidence of poaching in the Ngamo-Sikumi hunting concessions.

8. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decisions to prohibit the importation of sport-hunted elephant trophies from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___9th__ day of February, 2016, at 1:50 PM.

Richard Allen Bonander

2