SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-670 (RCL) <br> Consolidated with Civ. No. 15-cv-1026 (RCL) |

**DECLARATION OF ATLAS LAWRENCE CHEEK, III**

I, Atlas Lawrence Cheek, III, being first duly sworn on oath, depose and state as follows:

1. I am from Farmers Branch, Texas.

2. I have been a member of Safari Club International since 1997.

3. I have been a member of the North Texas Chapter of SCI since 1997. I have been on the Board of Directors for the last 16 years, and I have been the 2nd Vice President of the Chapter for the last 10 years.

4. I am also a member of the National Rifle Association of America, Ducks Unlimited, and Dallas Safari Club.

5. I have been hunting for 63 years. My father introduced me to hunting when I was young. I grew up hunting with all of my friends.

6. In the United States, I have hunted for white-tailed deer, pronghorn elk, moose, black bear, Alaskan brown bear, mountain lion, mule deer, bobcat, foxes, coyotes, rabbits, squirrels, woodcock, quail, cranes, marsh hens, pheasant, chukar partridge, Hungarian partridge, grouse, doves, turkey and geese. I have hunted in Mexico for ducks and geese; in Canada for caribou; in South America for doves, ducks, geese and red stag; and in Spain for red stag and fallow deer.

1

7. I have been on eleven safaris in Zimbabwe from 1997 to 2014.  During those safaris, I hunted for leopard, lion, Cape buffalo, elephant, hippo, crocodile, hyena, eland, greater kudu, waterbuck, southern bushbuck, Limpopo bushbuck, impala klipspringer, duiker, grysbok, nyala, sable, warthog, zebra, genet, bush pig and wildebeest.

8. In 2013, I hunted in Tanzania for Thomson's gazelle, Grant's gazelle, gerenuk, lesser kudu, wildebeest and zebra.

9. In 2003, I hunted for a bull elephant in Zimbabwe.  In 2008 and 2014, I hunted for a tuskless cow elephant in Zimbabwe.

10. I saw many elephants in Zimbabwe during my previous elephant hunts.  The damage to the habitat by elephants was alarming.  I saw stripped mopane trees, denuded forests, and large eroded areas caused by a loss of vegetation.

11. I also saw signs of poaching.  The cow elephants of the Zambezi Valley were extremely aggressive and would charge unprovoked when least expected.  Vehicles and anything on two legs were fair game.  I believe poaching and harassment to be the cause of this behavior.

12. I believe that hunting elephants benefits the species and the local people that live in areas with elephants.  My 2003 Zimbabwe hunt took place in Dande North, close to the Mozambique border, in a "Communal Area Management Programme for Indigenous Resources" (CAMPFIRE).  The CAMPFIRE program allows the residents of communal lands to share in the benefits generated by the wildlife in the area. During my hunt, after being told of damage done to a maize field by a herd of elephants, villagers took me to the field, where we picked up the track of the herd.  After tracking for some time, I successfully hunted a bull elephant.  We then went to the nearest village and told the locals that we successfully took an elephant.  Men were sent to take the meat from the elephant, which then went to the villagers.  I kept the hide and tusks.  It was a win-win for all.  The village was benefited by the fresh meat and sorely needed source of protein; an elephant that caused damage to the agricultural field was removed from the population; and I was able to participate in a successful and sustainable hunt of an African elephant.

13. My hunt in 2014 occurred in late July in the Zambezi Valley in Zimbabwe.  I went forward with my hunt, even though I knew that I would be unable to import my trophy at that time.  The skin from my successful hunt in 2014 is being stored in Zimbabwe and I hope to be able to import it someday.

14. I take great pride in knowing that hunting elephants will help with the species' survival. Regulated sport-hunting of elephants amounts to a small number of elephants taken compared to the overall populations in each country. Poaching takes a far greater toll on the elephant populations. Reducing elephant hunting only reduces the anti-poaching efforts that are undertaken by safari operators, staff and hunting clients out in the field. With the reduction in revenue from U.S. hunters, CAMPFIRE and similar programs will fail and the local people will take matters into their own hands. Elephant poaching will increase and the number of elephants will decline. I believe that without proper game management via hunting, the African elephant will be doomed.

15. Many safari operators in Zimbabwe depend on U.S. hunters coming to hunt elephants. Unfortunately, I think that most U.S. hunters will stop going to Zimbabwe to hunt elephants if they are not allowed to import the trophy.

16. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decision to prohibit the importation of sport-hunted elephant trophies from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of February, 2016, at Farmers Branch.

Atlas Lawrence Cheek, III