SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB
INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF
AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-670 (RCL) <br> Consolidated with Civ. No. 15-cv-1026 (RCL) |

**DECLARATION OF JOHN E. COX**

I, John E. Cox, being first duly sworn on oath, depose and state as follows:

1. I am a land surveyor from Lewis Run, Pennsylvania.

2. I have been a member of Safari Club International for four years.

3. In 2013, I booked an elephant hunt to take place in Zimbabwe in 2015.

4. I successfully hunted a tuskless elephant in Zimbabwe in 2015. I have not been able to import my trophy due to the elephant importation ban imposed by the U.S. Fish and Wildlife Service.

5. I am storing my trophy in Zimbabwe in the event that importation is eventually allowed at some future date.

6. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decisions to prohibit the importation of sport-hunted elephant trophies from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

1

2

Dated this __9__ day of February, 2016, at __Lewis Run, PA__.

_____
John E. Cox