SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB
INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF
AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, *et al.*<br><br>Defendants. | Civ. No. 14-cv-670 (RCL)<br>Consolidated with Civ. No. 15-cv-1026 (RCL) |

## DECLARATION OF MICHAEL HUGH GRIEB

I, Michael Hugh Grieb, being first duly sworn on oath, depose and state as follows:

1. I am a certified surgical first assistant from Charlevoix, Michigan.

2. I have been a member of Safari Club International for 12 years.

3. I am also a member of the National Rifle Association of America, and I have previously been a member of Rocky Mountain Elk Foundation, National Wild Turkey Federation, Grouse Society and Ducks Unlimited.

4. I have been hunting for 51 years. I started hunting with my father when I was young.

5. I have hunted in eight different U.S. states, Canada, South Africa, Tanzania and Zimbabwe.

6. I have hunted in Tanzania twice for Cape buffalo and plains game and twice in Zimbabwe for elephant. I successfully harvested an elephant both times in Zimbabwe.

7. One of those elephant hunts in Zimbabwe occurred from March 30 to April 14, 2014. I successfully harvested the elephant on April 7, 2014. I learned of the U.S.

1

Fish and Wildlife Service's decision to ban the importation of sport-hunted elephant trophies from Zimbabwe on April 8, 2014. I had no outside world communication capabilities while on the hunt and in camp. There was no way for me to know of the ban prior to taking the elephant. Needless to say, I was distraught when I heard of the ban. Importing the elephant that I took has great meaning for me and is an important part of my hunting experience. Without it, the hunt loses value for me. For now, my trophy is stored in Zimbabwe with the safari company I used during the hunt. I have not determined the cost of storing it.

8. During the 2014 hunt, I saw many elephants each day. To my knowledge, they were behaving normally with no evidence of stress that I could see. I saw no evidence of elephant poaching.

9. During the 2014 hunt, I witnessed an anti-poaching patrol operated by Zimbabwe Parks personnel. As I understand it, the funding for the Parks Department comes from hunting fees. In addition, hunting parties are an effective anti-poaching tool because poachers avoid the areas where hunters are out in the field. During the hunt, a Parks Department game scout accompanied the hunting party. He was there to scout for signs of poaching.

10. Zimbabwe is a poor country. Without the revenue hunters bring in – mostly U.S. hunters – the local communities will not be able to protect the elephant herds. If hunters can't bring their trophies home as a tangible memory of their experience, they won't go to Zimbabwe to hunt. The trophy fee and many other fees that hunters pay support Zimbabwe's Parks Department and the CAMPFIRE program, which creates jobs. This gives elephants value beyond the black market value of the ivory, and the Zimbabwe government also receives an incentive to protect them. Without the value that hunting gives elephants, they are just a large and dangerous animal that tramples and eats crops. Without that value, elephants will be considered a nuisance.

11. My 2014 hunt was booked in January 2012. After more than 2 years of planning and saving money, I arrived in Zimbabwe on March 30, 2014. I began the hunt on March 31, 2014. As I previously stated, I successfully harvested an elephant on April 7, 2014 and learned about the importation ban on April 8, 2014. The costs for the hunt were approximately $45,000.00.

12. My harvested elephant is currently being stored by the outfitter Chifuti Safaris. I would take steps to import my elephant if the ban on importation was lifted.

13. I had been keeping track of the U.S. Fish and Wildlife Service's new wildlife trafficking initiatives. Before the hunt, I assumed that I would be allowed to bring back my trophy because the FWS never mentioned a possible importation ban. I

knew they might limit hunters to two elephant trophies per year, but I never thought they would completely close imports from Zimbabwe and Tanzania. Now it seems that I am without recourse and will have to pay to store my trophy in Zimbabwe until I figure out what else can be done with the trophy. I hope that the court realizes that the Fish and Wildlife Service was wrong in implementing the importation bans and the court reverses them.

14. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decision to prohibit the importation of sport-hunted elephant trophies from Zimbabwe in 2014.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of February, 2016, at Las Vegas, Nevada.

_____
Michael Hugh Grieb