SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB
INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF
AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, *et al.*<br><br>Defendants. | Civ. No. 14-cv-670 (RCL)<br>Consolidated with Civ. No. 15-cv-1026 (RCL) |

## DECLARATION OF MICHAEL LEE JINES

I, Michael Lee Jines, being first duly sworn on oath, depose and state as follows:

1. I am an attorney from Kingwood, Texas.

2. I have been a member of Safari Club International for over 10 years.

3. I successfully hunted a bull elephant in February 2015. Even though my hunt fully complied with CITES requirements, I have not been able to import my trophy due to the elephant importation ban imposed by the U.S. Fish and Wildlife Service.

4. The outfitter who I employed during the hunt is storing my trophy in the event that importation is eventually allowed at some future date.

5. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decisions to prohibit the importation of sport-hunted elephant trophies from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of February, 2016, at Kingwood, Texas.

_____
Michael Lee Jines