SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, *et al.* <br><br> Defendants. | Civ. No. 14-cv-670 (RCL) <br> Consolidated with Civ. No. 15-cv-1026 (RCL) |

**DECLARATION OF ROBERT BRUCE RHYNE**

I, Robert Bruce Rhyne, being first duly sworn on oath, depose and state as follows:

1. I am a resident of Sharon, South Carolina.

2. I am a member of Safari Club International and a past chapter president of the Carolinas Chapter of SCI.

3. I am 70 years old and have been hunting for over 60 years. My father was the one to introduce me to hunting.

4. I have hunted in the U.S., Canada, Africa and Tajikistan.

5. I have previously hunted in Zimbabwe in 2005, 2006, and 2014.

6. I have been on several elephant hunts. In addition to my 2005, 2006 and 2014 in Zimbabwe, I hunted elephant in Botswana in 2009, 2010, 2011 and 2012.

7. I hunted elephant in Zimbabwe early in April 2014. When I left for my hunt, the the U.S. Fish and Wildlife Service allowed importation. The Service implemented the importation ban on April 4, 2014. I harvested an elephant after April 4, 2014, thus I was not able to import the elephant into the United States as I intended. The elephant is currently in storage in Zimbabwe because I cannot import the elephant into the United States. I continue to pay storage costs.

1

8. During this hunt, I witnessed lots of elephants and did not see evidence of poaching.

9. My outfitter used poaching patrols.

10. I hunted elephant in Zimbabwe for my personal enjoyment, but also to provide meat to local communities, and to help combat against poaching.

11. I know from personal experience that elephant hunting gives value to the elephant and provides revenue to the local economies. Discouraging U.S. hunters from going to Zimbabwe to hunt elephants will remove the funding used to support poaching patrols. Without hunters in the field and the poaching patrols that hunters finance, poaching will continue and Zimbabwe will soon resemble Kenya.

12. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decision to prohibit the importation of sport-hunted elephants from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 4th day of February, 2016, at Las Vegas, Nevada.

_____
Robert Bruce Rhyne

2