SAFARI CLUB INTERNATIONAL *et al.*
v.
SALLY M. R. JEWELL, *et al.*,

MOTION FOR SUMMARY JUDGMENT BY SAFARI CLUB
INTERNATIONAL AND NATIONAL RIFLE ASSOCIATION OF
AMERICA AND MEMORANDUM IN SUPPORT

Civ. No. 14-cv-00670-RCL;
15-cv-01026-RCL (consolidated)

# Exhibit 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, *et al.*<br><br>Defendants. | Civ. No. 14-cv-670 (RCL)<br>Consolidated with Civ. No. 15-cv-1026 (RCL) |

**DECLARATION OF MARTIN GREGORY VICK**

I, Dr. Martin Gregory Vick, being first duly sworn on oath, depose and state as follows:

1. I am a physician and anesthesiologist from Mansfield, South Dakota.

2. I have been a member of Safari Club International for over two years.

3. I have also been a member of Pheasants Forever for about 27 years

4. My wife and I live on 70 acres in rural South Dakota, which we manage exclusively for wildlife. On my property, I have restored native prairie grasses and plant corn and sorghum to help sustain pheasant and white-tailed deer through the winter. I also co-own 130 acres of woodland in northern Minnesota, on which I hunt and help manage for white-tailed deer.

5. I have been hunting for about 47 years. My father first took me pheasant hunting when I was 15 years old.

6. In North America I have hunted for white-tailed deer, pronghorn antelope, caribou, elk, black bear and multiple species of birds and upland game. In Africa I have hunted for elephant, leopard, Cape buffalo, crocodile, kudu, impala, gemsbok, eland, red hartebeest, black wildebeest, blue wildebeest, bushbuck, bush pig, warthog, and other plains game. I have also hunted brown bear in Russia.

7. I hunted in Zimbabwe in 2005, 2009, 2011, 2013 and 2014. I hunted for elephant, leopard, Cape buffalo, hyena, blue wildebeest, bush pig, klipspringer, and grysbuck.

8. In 2009, I successfully hunted two tuskless cow elephants in Zimbabwe, and in 2011, I successfully hunted a trophy bull elephant in Zimbabwe.

9. In April 2014, I successfully hunted a bull elephant and a tuskless cow elephant in Zimbabwe.  For both elephants, the meat was harvested and eaten by local communities.

10. During my hunts in Zimbabwe, I have witnessed severe environmental damage caused by overpopulation of elephants in the Zambezi Valley.  I have seen the results of human-elephant conflict in communal areas where damage from elephants that eat crops is severe.  Sport-hunting revenue from hunters like me offer recompense to subsistence farmers in the area.

11. During my hunts in Zimbabwe, I have also seen evidence of poaching for meat and ivory from elephants.  I saw a site where poachers had killed an entire herd of elephants and left everything behind but the ivory.

12. Sport hunting gives elephants more value to the local populations, aside from the ivory and meat.  I have witnessed great benefits from ethical safari operators funding and conducting anti-poaching efforts.  Poachers have been apprehended and deterred.  In areas where the operators have conducted the anti-poaching efforts over a multi-year period, I have noticed a significant increase in game species.

13. I prefer to hunt African elephant in Zimbabwe because I enjoy the intensity of the experience.  Approaching wild elephants with the intent to select and harvest an individual is, in my opinion, an extreme sport.  I believe that in Zimbabwe it is ecologically sound.  I utilize a renewable resource for the benefit of the elephant population and the locals that live in the area.

14. My hunts helped provide employment to locals that might otherwise be involved in poaching.  In addition, the fees that I paid provided funds that were directly applied to curb poaching and to projects such as boreholes and dams to enhance habitat.

15. The trophy from the bull elephant that I hunted in 2014 is being stored in Zimbabwe with the outfitter that I used for the hunt, Charlton McCallum Safaris.  I hope to be able to import it someday, but to me, it is not entirely about bringing home the trophies.  I enjoy the hunt and value being part of the effort to conserve elephants.  However, I do hope that the Fish and Wildlife Service rescinds the importation ban because I would like to bring my trophy home.

16. I am harmed not only because I will not be able to bring home my trophy from 2014's hunt, but I also believe that I will be harmed in the future by the loss of a sport-hunting resource.  I believe that the elephant population in Zimbabwe will be greatly harmed by the importation ban due to its impact on the elephant's economic value.  Without the benefit of sport-hunting revenue for the local populations, the elephants are only valuable as protein (food for local residents) and a source of ivory.  There will be less incentive for

the local populations to conserve them, less money for anti-poaching efforts, and less management of the resource.

17. I submit this declaration in support of Safari Club International's efforts to challenge the U.S. Fish and Wildlife Service's decision to prohibit the importation of sport-hunted elephant trophies from Zimbabwe.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of February, 2016, at Mansfield, SD.

Dr. Martin Gregory Vick

3