IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 14-cv-00670-RCL |
| | ) *Consolidated for purposes of briefing with* |
| **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, | ) Case No. 15-cv-1026-RCL |
| Defendants, | ) **[Proposed] Order Granting Summary Judgment To Federal Defendants** |
| And | ) |
| **Friends of Animals**, *et al.*, | ) |
| Defendant-Intervenors. | ) |

Upon consideration of the Plaintiffs' Motion for Summary Judgment, Federal Defendants' Cross-Motion for Summary Judgment, and the briefs in support of and in opposition to those motions, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is denied and Federal Defendants' Motion for Summary Judgment is granted. Judgment shall be entered in favor of Federal Defendants on all claims, in accordance with this order and costs shall be awarded.

SO ORDERED.

_____

The Honorable Senior District Court Judge        Dated: _____
Royce C. Lamberth