# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>SALLY M. R. JEWELL, et al.<br><br>　　Defendants, and<br><br>FRIENDS OF ANIMALS, and the ZIMBABWE CONSERVATION TASK FORCE<br><br>　　Defendant-Intervenors. | Civ. No. 14-cv-00670-RCL;<br>15-cv-01026-RCL (consolidated) |

## JOINT APPENDIX

Pursuant to Local Civil Rule 7(n), the Parties hereby file a Joint Appendix. All Parties have conferred and are in agreement as to its content. The Joint Appendix contains copies of those portions of the administrative records that are cited or otherwise relied upon in all memoranda relating to summary judgment motions filed by Parties.

Dated: June 17, 2016.

              Respectfully submitted,

              <u>/s/Anna M. Seidman</u>
              Anna M. Seidman
              D.C. Bar No. 417091
              Douglas Burdin
              D.C. Bar No. 434107
              Jeremy Clare
              D.C. Bar No. 1015688
              501 2nd Street NE
              Washington, D.C.

Tel: 202-543-8733
Fax: 202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

*Counsel for Plaintiff*
*Safari Club International*

Christopher A. Conte
D.C. Bar No. 43048
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Tel.: (703) 267-1166
Fax: (703) 267-1164
cconte@nrahq.org

*Counsel for Plaintiff*
*National Rifle Association of America*