**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Safari Club International**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, et al.,<br><br>Defendants,<br><br>and<br><br>**Friends of Animals, Inc.**, et al.,<br><br>Defendant-Intervenors. | Civil No. 14-670-RCL<br>*Consolidated for purposes of briefing with*<br>Civil No. 1:15-cv-01026-RCL<br><br>**Unopposed Motion for Extension of Time To File Reply** |

Federal Defendants hereby move for a two-week extension of time to file their summary judgment reply brief. In support of this motion, we state as follows:

Plaintiffs filed their combined reply/opposition on April 29, 2016. After that date, counsel for Federal Defendants received judicial opinions and two motions for emergency relief in separate matters that imposed litigation deadlines that must be addressed before the current filing deadline for Federal Defendants' reply, May 20, including a hearing that is now set for May 20. Given this press of business in other cases, Federal Defendants respectfully request a two-week extension of the reply deadline, to June 3, with all remaining litigation deadlines adjusted accordingly. This brief extension of the deadline will not prejudice any party; the cases

1

have been pending for over a year each and no party has identified any upcoming events affected by a two-week extension of the briefing schedule.

Pursuant to the local rules, Federal Defendants requested the other parties' positions on this motion to extend the deadline for the reply. Plaintiffs state as follows as to the reply: "Plaintiffs do not object to extending the deadline for the filing of the Federal Defendants' reply to June 3, 2016, and the Joint Appendix to June 17, 2016." Defendant-Intervenor does not oppose the motion to change the deadlines.

Plaintiffs further state: "Plaintiffs do object to the inclusion of a deadline for a reply by the Defendant-Intervenors because they did not file a cross-motion for summary judgment and therefore, in Plaintiffs' view, are not entitled to file any kind of reply. Plaintiffs also object to the filing with this motion of any draft order that includes a deadline for the filing of a reply by the Defendant-Intervenors." In response, Defendant-Intervenors stated that there is no reason at this late date for the court to alter the existing scheduling order to the extent it provides us a reply brief.

For the foregoing reasons, Federal Defendants submit there is good cause shown for this extension of the reply. Pursuant to the local rules, a proposed order accompanies this motion. Respectfully submitted this May 10, 2016

        JOHN C. CRUDEN

        Assistant Attorney General
        Environment and Natural Resources Division
        SETH M. BARSKY, Chief

        */s/ Andrea Gelatt*
        ANDREA GELATT, Trial Attorney
        MEREDITH FLAX, Assistant Section Chief
        (D.C. Bar No. 468016)
        United States Department of Justice
        Environment & Natural Resources Division

Wildlife & Marine Resources Section  
Benjamin Franklin Station, P.O. Box 7611  
Washington, D.C. 20044-7611  
(202) 305-0210 | (202) 305-0275  
Andrea.gelatt@usdoj.gov  
*Counsel for Federal Defendants*