IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Safari Club International**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **S.M.R. Jewell,** in her official capacity as Secretary of the United States Department of Interior, *et al.*, <br><br> Defendants, <br><br> And <br><br> **Friends of Animals**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 14-cv-00670-RCL <br> *Consolidated for purposes of briefing with* <br> Case No. 15-cv-1026-RCL <br><br> **Draft ORDER Granting Motion for Extension** |

Having considered Federal Defendants' Motion for Extension, the Court hereby **GRANTS** the Motion for good cause shown. The remaining deadlines in the captioned cases are adjusted as follows:

1. Federal Defendants' Summary Judgment Reply due June 3, 2016

2. Defendant Intervenors' Summary Judgment Reply due June 10, 2016

3. Plaintiffs file Joint Appendix pursuant to LCvR 7(n) by June 17, 2016

**IT IS SO ORDERED**:

_____
United States District Court Judge

Dated: May ____, 2016